UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DUNKIN' DONUTS FRANCHISED RESTAURANTS LLC, *et al.* <br><br> Plaintiffs <br><br> vs. <br><br> FANTASY DONUTS #1, INC., *et al.* <br><br> Defendants. | Civil Action No. 08 cv 00896 <br><br> **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Defendants Fantasy Donuts #1, Inc., Fantasy Donuts #2, Inc., and Khalid Drihmi ("Defendants") and Plaintiffs Dunkin' Donuts Franchised Restaurants LLC, ("Plaintiffs") (collectively "the Parties") jointly submit this stipulation dismissing Defendants' First counterclaim for Discrimination under 42 U.S.C. §§ 1981 and 1982 and Second counterclaim for Attorneys' and Experts' fess under 42 U.S.C. §§ 1988 (b) and (c) (the "Counterclaims"), with prejudice and without costs to either party.

IT IS HEREBY STIPULATED by and between the parties hereto that Defendants' counterclaims shall be dismissed in their entirety, with prejudice and without costs to either party

Dated: July 14, 2009

| | |
|---|---|
| /s/ David E. Worthen | /s/ David S. Paris |
| David E. Worthen, Esq. | David S. Paris (515657) |
| GRAY, PLANT, MOOTY, MOOTY & BENNETT, P.A. | PARIS ACKERMAN & SCHMIERER LLP |
| Suite 1111, The Watergate | 103 Eisenhower Parkway |
| 2600 Virginia Avenue, NW | Roseland, New Jersey 07068 |
| Washington, DC 20037 | Tel.: (973) 228-6667 |
| Tel.: (202) 295-2200 | Fax: (973) 629-1246 |
| Fax: (202) 295-2250 | Counsel for Defendants |
| Counsel for Plaintiffs | |

## ORDER

Pursuant to the above stipulation, and good cause appearing therefore, IT IS SO ORDERED.

DATED: 7/15/09

_____
Hon. George H. Lowe, U.S.M.J.